UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Arturo Gallegos Ruelas, <br><br> Defendant. | CASE NO. 3:14-cv-01005-WQH-NLS <br><br> ORDER GRANTING JOINT MOTION TO DISMISS PLAINTIFF'S COMPLAINT AGAINST DEFENDANT ARTURO GALLEGOS RUELAS, individually and d/b/a BIRRIAS CHIVOS & CHEVES |

**IT IS HEREBY STIPULATED** by and between J & J Sports Productions, Inc. ("J & J") and Arturo Gallegos Ruelas dba Birrias Chivos and Cheves (hereinafter "RUELAS") that J & J shall recover from RUELAS payment and/or entry of judgment according to the terms of the Settlement Agreement and Release and following conditions:

1. J & J's Complaint in this action shall be dismissed, without prejudice, with this Court reserving jurisdiction to enforce, approve, and enter the Stipulated Judgment agreed upon by the Parties, according to the provisions, below.

2. The dispute between J & J and RUELAS that is the subject of J &J's Complaint on file herein shall be deemed fully resolved and all obligations owed by

each to the other that are related to the subject matter of that lawsuit shall be deemed fully satisfied if RUELAS delivers to J &J, through its attorney of record, each of the payments according to and in compliance with the terms and conditions of the Settlement and Release Agreement.

3. If RUELAS fails to timely make any of the payments pursuant to the terms of the Settlement Agreement and Release and the right to cure has expired, or any dishonored payment is not cured by RUELAS within the time limits set forth in this Settlement Agreement and Release, J & J shall be entitled to proceed ex parte before the United States District Court, Southern District of California, and move for entry of judgment against RUELAS in an amount calculated as follows:

For a judgment in the amount of Twenty Five Thousand Dollars ($25,000.00) less:

- the total amount of any negotiable payments made by Mr. Ruelas to J & J Productions, Inc. under the terms of the Settlement Agreement and Release prior to the uncured default.

4. Said judgment shall not be entered and no writs of execution or other process shall issue thereon unless Mr. Ruelas fails to timely deliver any of the required payments or timely cure such or fails to cure any dishonored payments described within the cure provision of the Settlement Agreement and Release set forth above.

5. Upon J & J's receipt of the entirety of payments described in the Settlement and Release Agreement, J & J, through its counsel, shall prepare a Joint Motion to Dismiss, with prejudice, of his entire Complaint within this matter and shall file such dismissal with the Court.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

Dated:  January 30, 2015

Hon. William Q. Hayes
United States District Judge